PAUL H. ROSS                                                                                    10-10383

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS                 104
                                    60-249 / 433
TID #380290                         5
                                    20436

| Case | Debtor |
|---|---|
| 10-10383 B | ROSS, PAUL H. |
| 92009072203166 | ROSS, JUDITH D. |
| COMBINED SMALL CHECK | |

MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date  06/03/2011         $ ***********0.36

~~~NO Dollars and 36/100

Pay to the
Order of  U.S. Bankruptcy Court

*[signature]*

MICHAEL CHIASSON, Trustee

⑈000000104⑈ ⑉043302493⑉ 92009072203166⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228657      — KW
* * C O P Y * *
June 06, 2011
14:22:52

UNC.UNDER$25
10-10383

Debtor.: JUDITH D ROSS
Trustee: Michael Chiasson
Amount.:              $0.36 CH
Check#.: 104

Total->  $0.36

FROM: CHIASSON

6/6/11
Deposit to
Account # 106000.

Due:
American Express
Centurion Bank

CVogel